IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ABNER HAYNES, JR., 1399433,<br>    Petitioner, | )<br>)<br>) |
| v. | )   No. 3:07-CV-692-R<br>)   ECF |
| JIM HAMLIN, Dallas County Clerk of Court,<br>    Respondent. | )<br>) |

## **ORDER**

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 9th day of October, 2007.

*[signature: Jerry Buchmeyer]*

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE